AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Sept 11, 2007 |
| NAME OF SERVER (PRINT) Lee A. Currier | TITLE Office Manager |

*Check one box below to indicate appropriate method of service*

    G   Served personally upon the defendant. Place where served: _____

    G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G   Returned unexecuted: _____

    XX   Other (specify): Certified Mail Return Receipt

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Sept. 15, 2007      *[signature]*
                Date                        *Signature of Server*

Gary Myers, James Culp & Associates
78 Clark Mill Road
Weare, NH   03281

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8-01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Malcolm G. Schaefer
300 Meridian Court
New Bern, North Carolina 28562

**SUMMONS IN A CIVIL CASE**

V.

The Honorable Pete Geren
Secretary of the Army
101 Army Pentagon
Washington, DC 20310-0101

Case: 1:07-cv-01550
Assigned To : Leon, Richard J.
Assign. Date : 8/30/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

The Honorable Pete Geren
Secretary of the Army
101 Army Pentagon
Washington, DC 20310-0101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary R. Myers
Gary Myers, James Culp & Associates
78 Clark Mill Road
Weare, NH 03281
800-355-1095

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**
CLERK

AUG 30 2007
DATE

*Maureen Higgins*
(By) DEPUTY CLERK

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Gary Myers
78 Clark Mill Road
Weare, NH 03281

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Honorable Pete Geren
Secretary of the Army
101 Army Pentagon
Washington, DC 20310-0101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  11 Sep 07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7006 0100 0004 8416 6096

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540