## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MALCOLM G. SCHAEFER**<br>**300 Meridian Court**<br>**New Bern, North Carolina 28562**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE HONORABLE PETE GEREN**<br>**Secretary of the Army**<br>**101 Army Pentagon**<br>**Washington, D.C. 20310-0101**<br><br>**Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Civil Action No. 07-1550 (RJL)** |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special

Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,


_____/s/_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780