IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER<br>300 Meridian Court<br>New Bern, North Carolina 28562<br><br>            Plaintiff,<br><br>    v.<br><br>THE HONORABLE PETE GEREN<br>Secretary of the Army<br>101 Army Pentagon<br>Washington, D.C. 20310-0101<br><br>            Defendant. | Civil Action No. 07-1550 (RJL) |

## JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE

Plaintiff brings this action for review on an administrative record under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*, challenging a decision of the Army Board For Correction of Military Records.  The parties have conferred and believe that the Court can decide the merits of this case based on cross-motions for summary judgment.  The parties propose the following briefing schedule:

    1.  Defendant's Motion for Summary Judgment and submission of Administrative Record due by **December 14, 2007**;

    2.  Plaintiff's Cross Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due by **January 14, 2008**;

    3.  Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment and Reply to Plaintiff's Opposition due by **February 5, 2008**;

    4.  Plaintiff's Reply to Defendant's Opposition due **February 27, 2008**; and

    5.  Defendant's obligation to file an answer should be stayed until resolution of the parties' cross-motions for summary judgment.

    A proposed Order consistent with this Motion is attached.

Respectfully submitted,

_/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_/s_____
RUDOLPH CONTRERAS D.C. Bar # 434122
Assistant United States Attorney

| _/s_____ | _/s_____ |
|---|---|
| GARY R. MYERS | BRIAN C. BALDRATE |
| Gary Myers, James Culp & Associates | Special Assistant U.S. Attorney |
| 78 Clark Mill Road | 455 Fourth Street, N.W., |
| Weare, NH 03281 | Washington, D.C.  20530 |
| (800) 355-1095 | (202) 353-9895 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| MALCOLM G. SCHAEFER<br>300 Meridian Court<br>New Bern, North Carolina 28562<br><br>Plaintiff,<br><br>v.<br><br>THE HONORABLE PETE GEREN<br>Secretary of the Army<br>101 Army Pentagon<br>Washington, D.C. 20310-0101<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-1550 (RJL) |

## ORDER

Upon consideration of the parties' Joint Motion to Establish a Briefing Schedule, and the entire record of this case, it is hereby

**ORDERED** that the Joint Motion to Establish a Briefing Schedule is **GRANTED**, and it is further

**ORDERED** that Defendant's Motion for Summary Judgment and submission of Administrative Record is due by **December 14, 2007**;

**ORDERED** that Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment is due by **January 14, 2008**;

**ORDERED** that Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Reply to Plaintiff's Opposition is due by **February 5, 2008**;

**ORDERED** that Plaintiff's Reply to Defendant's Opposition is due **February 27, 2008**;

and

      **ORDERED** that Defendant's answer is stayed until resolution of the parties' cross-motions for summary judgment.

Dated this _____ day of _____, 2007.

 

_____
Royce C. Lamberth
United States District Judge

Copies to:
Counsel for Parties via ECF