IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MALCOLM G. SCHAEFER<br>300 Meridian Court<br>New Bern, North Carolina 28562<br><br>    Plaintiff,<br><br>v.<br><br>THE HONORABLE PETE GEREN<br>Secretary of the Army<br>101 Army Pentagon<br>Washington, D.C. 20310-0101<br><br>    Defendant. | Civil Action No. 07-1550 (RJL) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE FOR SUMMARY JUDGMENT**

 Plaintiff brings this action for review on an administrative record under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*, challenging a decision of the Army Board For Correction of Military Records. The parties originally proposed a joint-briefing schedule for cross-motions for summary judgment, which was adopted by this Court. Defendants now respectfully move this Court for a twenty-one day enlargement of time through and including January 4, 2008, within which to file Defendant's Motion for Summary Judgment and submission of Administrative Record. Good cause exists to grant this motion:

 1. The Army has had difficulty compiling and gathering the Administrative Record in this case. As a result the United States Attorney's Office has still not received a copy of the Administrative Record and is still working on its Motion.

 2. Both parties consent to this "enlargement."

3. Granting this Motion will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

For these reasons, Defendant requests that the Court grant its Motion for Enlargement of Time Within Which to file a Motion for Summary Judgment. A proposed Order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar # 434122
Assistant United States Attorney


_____/s_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER<br>300 Meridian Court<br>New Bern, North Carolina 28562<br><br>        Plaintiff,<br><br>v.<br><br>THE HONORABLE PETE GEREN<br>Secretary of the Army<br>101 Army Pentagon<br>Washington, D.C. 20310-0101<br><br>        Defendant. | Civil Action No. 07-1550 (RJL) |

### **ORDER**

Upon consideration of the Defendant's request for an enlargement it is hereby

**ORDERED** that the enlargement request is **GRANTED**, and it is further

**ORDERED** that the Briefing Schedule shall adjust as follows: Defendant's Motion for Summary Judgment and submission of Administrative Record is due by **January 4, 2008**;

**ORDERED** that Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment is due by **February 4, 2008**;

**ORDERED** that Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Reply to Plaintiff's Opposition is due by **February 26, 2008**;

**ORDERED** that Plaintiff's Reply to Defendant's Opposition is due **March 19, 2008**; and

**ORDERED** that Defendant's answer is stayed until resolution of the parties' cross-motions for summary judgment.

Dated this _____ day of _____, 2007.

                                                                              _____
                                                                              Richard. J. Leon
                                                                              United States District Judge

Copies to:
Counsel for Parties via ECF