UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALCOLM G. SCHAEFER** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**PETE GEREN,** )<br>**Secretary of the Army,** )<br>)<br>**Defendant.** )<br>_____) | Case Number: 1:07CV 1550 (RJL) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

The Administrative Record consisting of 1034 pages has been filed with the Clerk of the Court this date, in electronic form on CD ROM rather than electronically via ECF, in accordance with Local Civil Rule 5.4(e)(1)(A). It is also filed under seal subject to Local Civil Rule 5.1(j) and the Court's ruling on Plaintiff's Unopposed Motion to File Certain Documents Under Seal and to Compel Defendants to File Certain Documents Under Seal, R. 9.

Respectfully submitted,

/s
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895