IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER<br>300 Meridian Court<br>New Bern, North Carolina 28562<br><br>      Plaintiff,<br><br>      v.<br><br>THE HONORABLE PETE GEREN<br>Secretary of the Army<br>101 Army Pentagon<br>Washington, D.C. 20310-0101<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:07-cv-01550 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT.

Plaintiff hereby withdraws its consent motion for an enlargement of time within which to file Plaintiff's Response to Defendant's Motion for Summary Judgment filed on February 1, 2008, replacing it with this motion. The earlier motion failed to mention Plaintiff's Cross Motion for Summary Judgment.

Plaintiff, by counsel, hereby moves for an enlargement of time to file an opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross Motion for Summary Judgment to March 5, 2008. The current date is February 4, 2008.

1

The administrative record filed under seal by the Defendant is lacking hundreds of pages of relevant material. Defendant needs time to assemble the missing portions of the record and to properly prepare the documents for submission to the court.

Plaintiff's counsel has communicated with Defendant's counsel, and Defendant's counsel has agreed to this enlargement.

                                    Respectfully submitted,

                                    Gary R. Myers
                                    D.C. Bar 157115
                                    78 Clark Mill Road
                                    Weare, New Hampshire 03281
                                    1-800-355-1095
                                    FAX (603) 529-3009
                                    Attorney for Plaintiff