IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-01550 (RJL) |
| ) | |
| THE HONORABLE PETE GEREN, ) | |
| ) | |
| Defendant. ) | |

### PLAINTFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT.

Plaintiff, by counsel, hereby moves for an enlargement of time to file an opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross Motion for Summary Judgment to March 17, 2008. The current date is March 5, 2008. This is a second request for enlargement.

Defendant is continuing to assemble missing portions of the administrative record and to properly prepare documents for submission to the court to include declarations and ancillary evidence.

1

Plaintiff's counsel has communicated with Defendant's counsel, and Defendant's counsel has agreed to this enlargement.

                                                     Respectfully submitted,

                                                   Gary R. Myers
                                                   D.C. Bar 157115
                                                   78 Clark Mill Road
                                                   Weare, New Hampshire 03281
                                                   1-800-355-1095
                                                   FAX (603) 529-3009
                                                   Attorney for Plaintiff

February 28, 2008

2