UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:07-cv-01550 (RJL) |
| v. ) | |
| ) | |
| THE HONORABLE PETE GEREN, ) | |
| SECRETARY OF THE ARMY, ) | |
| ) | |
| Defendant. ) | |

PLAINTIFF'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

Plaintiff moves under Rule 7 of the Federal Rules of Civil Procedure to Supplement the Administrative Record with matters that were part of the original administrative record but were not submittted to the court by the government in its filing of the administrative record. A Proposed Order is attached. Page Numbering. Additional documents are numbered beginning at page 1035 (Defendant's submission of the Administrative Record ended with page 1034) through page 2858. (AR 1035 - 2858.) The additional documents begin with "Tab 13" (Defendant's submission of the Administrative Record ended with "Tab 12"). This motion would add "Tab 13" through "Tab 29" of the Administrative Record. The additional documents have been filed with the Clerk of Court this date. VHS Videotapes. Three VHS Videotapes containing deposition testimony are added. These videotapes were part of the original administrative record but were not submittted to the court by the government in its filing of the administrative record. Filing Under Seal. Pursuant to LCvR 5.1(j) and pending protective order, the exhibits are filed in electronic form on CD-ROM rather than electronically via ECF. Pursuant to LCvR 5.4(e)(1) and this Court's Civil Filing Procedures (April 9, 2006), § II.H, the

exhibits are also filed under seal in paper form and served on opposing counsel in both the electronic and paper form.  <u>Description of Documents Added</u>.  The following documents should be added to complete the Administrative Record:

1. <u>TAB 13</u>. (AR 1035 - 1048.) Plaintiff's First Amendment to Application for Correction of Military Records.  This First Amendment also added several exhibits to Plaintiff's ABCMR application which were omitted from Defendant's submission of the Administrative Record.

2. <u>TAB 14</u>. (AR 1049 - 1051.) Plaintiff's Second Amendment to Application for Correction of Military Records.  This Second Amendment added Exhibits DD through FF to Plaintiff's ABCMR application which were omitted from Defendant's submission of the Administrative Record.

3. <u>TAB 15</u>. (AR 1052 - 1077.) Two ABCMR Legal Advisory Opinions, dated 08/02/2005 and 10/12/2005, produced by the Agency on 12/12/2005 in response to Plaintiff's First FOIA request.

4. <u>TAB 16</u>. (AR 1078 - 1080.) Plaintiff's Second FOIA Request and Agency's "No Records Certificate" Response.

5. <u>TAB 17</u>. (AR 1081 - 1154.)  Certified Deposition Testimony of Colonel Austin Bell, Deputy Commander, U.S. Army Physical Disability Agency, originally submitted to the ABCMR as Exhibit T.

6. <u>TAB 18</u>. (AR 1155 - 1214.) Certified Deposition Testimony of Colonel Clyde Tate, Chief of Personnel, Plans and Training Office (PP&TO), Office of The Judge Advocate General of the Army, originally submitted to the ABCMR as Exhibit U.

7. TAB 19. (AR 1215 - 1289.) Certified Deposition Testimony of attorney Dennis Brower, Legal Advisor to the U.S. Army Physical Disability Agency, originally submitted to the ABCMR as Exhibit V.

8. TAB 20. (AR 1290 - 1450.) A packet styled "Notes and E-mails of R.C.M. 303 Investigating Officer LTC Coe," separately tabbed with Tabs 1 thru 10, originally submitted to the ABCMR as Exhibit X.

9. TAB 21. (AR 1451 - 1457.) Request to the Assistant Secretary of the Army to affirm the 14 September 2001 discharge in lieu of approving the resignation, originally submitted to the ABCMR as Exhibit Y.

10. TAB 22. (AR 1458 - 1813.) Verbatim Transcript of Article 32 Hearings, Volume I, originally submitted to the ABCMR as Exhibit S.

11. TAB 23. (AR 1814 - 2055.) Verbatim Transcript of Article 32 Hearings, Volume II, originally submitted to the ABCMR as Exhibit S.

12. TAB 24. (AR 2056 - 2322.) The first of three packets styled "Military Court Litigation Packet," Volume I, including Tabs A thru J, originally submitted to the ABCMR as Exhibit W.

13. TAB 25. (AR 2323 - 2658.) The second of three packets styled "Military Court Litigation Packet," Volume I, including Tabs K thru Q, originally submitted to the ABCMR as Exhibit W.

14. TAB 26. (AR 2659 - 2815.) The third of three packets styled "Military Court Litigation Packet," Volume I, including Tabs R thru W, originally submitted to the ABCMR as Exhibit W.

15. <u>TAB 27</u>. (AR 2816 - 2839.) 14 September 2001 Clearing Documents originally submitted to the ABCMR as Exhibit P, but currently incomplete in the Administrative Record (AR 235-238). The tab 27 supplement is a complete version of Exhibit P as originally submitted.

16. <u>TAB 28</u>. (AR 2840 - 2850.) A complete copy of all documents relating to the adverse OER at issue as originally submitted to the ABCMR as Exhibit M, but currently incomplete in the Administrative Record (AR 222-223). The tab 28 supplement is a complete version of Exhibit M as originally submitted.

17. <u>TAB 29</u>. (AR 2851 - 2858.) Miscellaneous witness statements and phone bill evidence, originally submitted to the ABCMR as Exhibit BB.

18. <u>VHS VIDEOTAPE</u>. Deposition of Colonel Austin Bell, Commander, U.S. Army Physical Disability Agency, originally submitted to the ABCMR as Exhibit DD.

19. <u>VHS VIDEOTAPE</u>. Deposition of Colonel Clyde Tate, Chief of Personnel, Plans and Training Office (PP&TO), Office of The Judge Advocate General of the Army, originally submitted to the ABCMR as Exhibit EE.

20. <u>VHS VIDEOTAPE</u>. Deposition of Dennis Brower, Legal Advisor to the U.S. Army Physical Disability Agency, originally submitted to the ABCMR as Exhibit FF.

Respectfully submitted,

*Gary R. Myers*
Gary R. Myers
D.C. Bar 157115
78 Clark Mill Road
Weare, New Hampshire 03281
1-800-355-1095
FAX (603) 529-3009
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MALCOLM G. SCHAEFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:07-cv-01550 (RJL) |
| v. | ) | |
| | ) | |
| THE HONORABLE PETE GEREN, | ) | |
| SECRETARY OF THE ARMY, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

In order for the complete administrative record to be before the court, the granting of this motion is necessary and proper.

Respectfully submitted,

*/s/ Gary R. Myers*

Gary R. Myers
D.C. Bar 157115
78 Clark Mill Road
Weare, New Hampshire 03281
1-800-355-1095
FAX (603) 529-3009
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:07-cv-01550 (RJL) |
| v. ) | |
| ) | |
| THE HONORABLE PETE GEREN, ) | |
| SECRETARY OF THE ARMY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On consideration of Plaintiff's Motion to Supplement the Administrative Record, Plaintiff's Memorandum of Points and Authorities in support thereof, Defendant's opposition thereto, if any, and the entire record, it is hereby

**ORDERED** that Plaintiff's Motion to Supplement Administrative Record is GRANTED, and it is further

**ORDERED** that the documents added to the Administrative Record, labeled Tab 13 through Tab 29, page numbered 1035 through 2858, (AR 1035 - 2858), shall be filed under seal.

Dated this _____ day of _____, 2008,

UNITED STATES DISTRICT JUDGE

Copies to:
Counsel for parties via ECF

ii