UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE PETE GEREN, )<br>SECRETARY OF THE ARMY, )<br>)<br>Defendant. ) | Civil Action No. 1:07-cv-01550 (RJL) |

PLAINTIFF'S SECOND MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

Pursuant to Fed. R. Civ. P. 7 and 56, and for good cause shown, Plaintiff moves to supplement the Administrative Record with matters not part of the original administrative record, but which are relevant to the issue of waiver raised by Defendant. These matters are noted as attachments to Plaintiff's Declaration and are referenced throughout Pl.'s Mem. P. & A. Opp. Def. Mot. Summ. J. Plaintiff moves to supplement the Administrative Record with pages 2871-2996 ("Tab 31") as evidence to be considered when deciding Defendant's Motion for Summary Judgment. Of these 123 pages, some, but not all, were not part of the original Administrative Record, but their inclusion in the record at this time is necessary and proper. Others were included but are highlighted herein. Others are just extracts from relevant Army Regulations. A Proposed Order is attached.

Respectfully submitted,

*/s/ Gary R. Myers*
Gary R. Myers (157115)
78 Clark Mill Road
Weare, New Hampshire 03281
1-800-355-1095
FAX (603) 529-3009
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Civil Action No. 1:07-cv-01550 (RJL) |
| v. | ) |
| | ) |
| THE HONORABLE PETE GEREN, | ) |
| SECRETARY OF THE ARMY, | ) |
| | ) |
| Defendant. | ) |

PLAINTIFF'S SECOND MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

Pursuant to Fed. R. Civ. P. 7 and 56, and for good cause shown, Plaintiff moves to supplement the Administrative Record with matters not part of the original administrative record, but which are relevant to the issue of waiver raised by Defendant. These matters are noted as attachments to Plaintiff's Declaration and are referenced throughout Pl.'s Mem. P. & A. Opp. Def. Mot. Summ. J. Plaintiff moves to supplement the Administrative Record with pages 2871-2996 ("Tab 31") as evidence to be considered when deciding Defendant's Motion for Summary Judgment. Of these 123 pages, some, but not all, were not part of the original Administrative Record, but their inclusion in the record at this time is necessary and proper. Others were included but are highlighted herein. Others are just extracts from relevant Army Regulations. A Proposed Order is attached.

Respectfully submitted,

*/s/ Gary R. Myers*
Gary R. Myers (157115)
78 Clark Mill Road
Weare, New Hampshire 03281
1-800-355-1095
FAX (603) 529-3009
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE PETE GEREN, )<br>SECRETARY OF THE ARMY, )<br>)<br>Defendant. ) | Civil Action No. 1:07-cv-01550 (RJL) |

**ORDER**

On consideration of Plaintiff's Second Motion to Supplement Administrative Record, Plaintiff's Memorandum of Points and Authorities in support thereof, and the entire record, it is hereby

**ORDERED** that Plaintiff's Second Motion to Supplement Administrative Record is GRANTED, and it is further

**ORDERED** that the documents added to the Administrative Record, as Tab 31, pages 2871-2996, shall be filed under seal.

Dated this _____ day of _____, 2008,

UNITED STATES DISTRICT JUDGE

Copies to:
Counsel for parties via ECF

i