UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:07-cv-01550 (RJL) ) |
| THE HONORABLE PETE GEREN, SECRETARY OF THE ARMY, | ) ) ) ) |
| Defendant. | ) ) |

PLAINTIFF'S THIRD MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

Pursuant to Fed. R. Civ. P. 7 and 56, and for good cause shown, Plaintiff moves to supplement the Administrative Record with matters not part of the original administrative record:

(1) Declaration of Malcolm G. Schaefer (AR 2997 - 3010);

(2) Declaration of Lauren N. Johnson-Naumann (AR 3011 - 3013);

(3) Documents labeled Tab 30, page numbered 2859 through 2870, (AR 2859 - 2870), which are attachments to Declaration of Malcolm G. Schaefer.

A Proposed Order is attached. Pursuant to LCvR 5.1(j) and pending protective order, the exhibits are filed under seal.

Respectfully submitted,

_____
Gary R. Myers (157115)
78 Clark Mill Road
Weare, New Hampshire 03281
1-800-355-1095
FAX (603) 529-3009
Attorney for Plaintiff

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER,                )<br>                                                          )<br>           Plaintiff,                            )<br>                                                          )     Civil Action No. 1:07-cv-01550 (RJL)<br>v.                                                       )<br>                                                          )<br>THE HONORABLE PETE GEREN,   )<br>SECRETARY OF THE ARMY,         )<br>                                                          )<br>           Defendant.                         )| |

PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S THIRD MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

Here, judicial review is not limited to the administrative record. Plaintiff's Complaint is also premised on 28 U.S.C. § 1331 in light of the federal questions raised by his constitutional claims. Also, jurisdiction is a legal question which this Court reviews *de novo*. *Bell v. Hood*, 327 U.S. 678, 682 (1946). The dispute is whether the Army had jurisdiction over Plaintiff at any time after September 14, 2001, and especially whether the Army had jurisdiction to issue Plaintiff a discharge at a time when Plaintiff was not in the military. Fed. R. Civ. P. 56 permits Plaintiff to supplement the record with matters that are relevant to the determination to include affidavits, declarations and other evidence. In order for a proper adjudication of these cross-motions for summary judgment, the granting of this motion is necessary and proper.

Respectfully submitted,

_____
Gary R. Myers (157115)
78 Clark Mill Road
Weare, New Hampshire 03281
1-800-355-1095
FAX (603) 529-3009
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:07-cv-01550 (RJL) |
| v. ) | |
| ) | |
| THE HONORABLE PETE GEREN, ) | |
| SECRETARY OF THE ARMY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On consideration of Plaintiff's Third Motion to Supplement the Administrative Record, Plaintiff's Memorandum of Points and Authorities in support thereof, and the entire record, it is hereby

**ORDERED** that Plaintiff's Third Motion to Supplement the Administrative Record is GRANTED, and it is further

**ORDERED** that the documents added to the Administrative Record, labeled Tab 30, page numbered 2859 through 2870, (AR 2859 - 2870), and two declarations, page numbered 2997 though 3013 (AR 2997 - 3013), shall be filed under seal.

Dated this _____ day of _____, 2008.

UNITED STATES DISTRICT JUDGE

Copies to:
Counsel for parties via ECF

i