UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. 1:07-cv-01550 (RJL) |
| v. ) | |
| ) | |
| THE HONORABLE PETE GEREN, ) | |
| SECRETARY OF THE ARMY, ) | |
| ) | |
|     Defendant. ) | |

**PLAINTIFF'S NOTICE OF FILING DOCUMENTS UNDER SEAL**

The following documents have been filed with the Clerk of Court this date:

   (1) Documents referenced in Pl.'s Mot. Supplement Admin. Record
   (2) Documents referenced in Pl.'s Second Mot. Supplement Admin. Record
   (3) Documents referenced in Pl.'s Third Mot. Supplement Admin. Record
   (4) Declaration of Malcolm G. Schaefer (AR 2997-3010)
   (5) Declaration of Lauren N. Johnson-Naumann (AR 3011-3013)
   (6) One CD-ROM containing all items (1) through (5), as listed above

Pursuant to LCvR 5.1(j) and pending protective order, these exhibits are filed in electronic form on CD-ROM rather than electronically via ECF. Pursuant to LCvR 5.4(e)(1) and this Court's Civil Filing Procedures (April 9, 2006), § II.H, these exhibits are also (a) filed under seal in paper form, and (b) served on opposing counsel in electronic form.

                                                             Respectfully submitted,

                                                              ___/s/_____
                                                              Gary R. Myers (157115)
                                                              78 Clark Mill Road
                                                              Weare, New Hampshire 03281
                                                              1-800-355-1095
                                                              FAX (603) 529-3009
                                                              Attorney for Plaintiff