IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE PETE GEREN, )<br>)<br>Defendant. ) | Civil Action No. 1:07-cv-01550 (RJL) |

### CONSENT MOTION TO FILE OUT OF TIME PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

Plaintiff, by counsel, under Rule 7, Federal Rules of Civil Procedure, moves this Court to allow the filing out of time by twenty-five (25) minutes Plaintiff's Cross-Motion for Summary Judgment and Plaintiff's Statement of Material Facts Not in Dispute.

Plaintiff inadvertently filed Plaintiff's Opposition to Defendant's Motion for Summary Judgment believing it to be the Cross-Motion and Statement referenced above. The error was discovered and corrected, but not until 12:25 am on March 18, 2008. The final filing date was 12:00 midnight on March 17, 2008.

Plaintiff's counsel has consulted with Defendant's counsel and Defendant's counsel has consented to this motion.

    Respectfully submitted,

    _/s/_____
    Gary R. Myers
    D.C. Bar 157115
    78 Clark Mill Road
    Weare, New Hampshire 03281
    1-800-355-1095
    FAX (603) 529-3009

March 18, 2008    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-01550 (RJL) |
| | ) |
| THE HONORABLE PETE GEREN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Having considered Plaintiff's Consent Motion to file out of time Plaintiff's Cross-Motion for Summary Judgment and Plaintiff's Statement of Material Facts Not in Dispute, it is hereby ORDERED that:

Plaintiff's motion to file out of time Plaintiff's Cross-Motion for Summary Judgment and Plaintiff's Statement of Material Facts Not in Dispute is GRANTED.

Dated this _____ day of _____ 2008.

_____
United States District Court Judge

1