IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER,            ) | |
|                                                       ) | |
|            **Plaintiff,**                         ) | |
|                                                       ) | |
|            v.                                        ) | Civil Action No. 1:07-cv-01550 (RJL) |
|                                                       ) | |
| THE HONORABLE PETE GEREN, ) | |
|                                                       ) | |
|            **Defendant.**                      ) | |

**NOTICE**

Plaintiff, by counsel, provides the following notice with respect to the filings of ECF labeled numbers 20, 21, 23, 24, 25, 26 in the above styled case.

1. Number 20, the Cross-Motion for Summary Judgment was properly filed.

2. Number 21, the Opposition to Defendant's Motion for Summary Judgment was entered as a "Reply" not an "Opposition" and therefore was improperly filed.

3. Number 23, the Opposition to Defendant's Motion for Summary Judgment was then properly entered as an "Opposition" and was properly filed.

4. Because there was concern that Numbers 20 and 23 had legibility problems, number 24 and Number 25 were filed after hours. Number 25 was filed out of time. Accordingly, Number 26, Motion to File Out of Time, was filed relative to Number 25.

5. In fact Numbers 20 and 23 are legible and the filing of Numbers 24, 25 and 26 was unnecessary. Numbers 24 and 25 are merely repetitive. We regret the inconvenience this has caused the Clerk's Office and the Court.

                        Respectfully submitted,

                        _/s/_____  
                        Gary R. Myers  
                        D.C. Bar 157115  
                        78 Clark Mill Road  
                        Weare, New Hampshire 03281  
                        1-800-355-1095  
                        FAX (603) 529-3009  
March 19, 2008           Attorney for Plaintiff