IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MALCOLM G. SCHAEFER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1550 (RJL) |
| | ) | |
| THE HONORABLE PETE GEREN | ) | |
| Secretary of the Army | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE AN OPPOSITION MOTION AND A MOTION TO STRIKE**

Plaintiff brings this action for review on an administrative record under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*, challenging a decision of the Army Board For Correction of Military Records. Plaintiff filed three supplements to the administrative record, a motion for summary judgment, and an opposition to Defendant's motion for summary judgment on March 17, 2008. Defendant's opposition is currently due March 31, 2008. Defendant now respectfully moves this Court for a seven day enlargement of time through and including April 7, 2008, within which to file Defendant's Opposition to Plaintiff's Motion to Supplement the Administrative Record and Defendant's Motion to Strike Plaintiff's Motion for Summary Judgment and Plaintiff's Opposition Motion. Good cause exists to grant this motion:

1. The Army is reviewing the voluminous Supplemental Administrative Record in this case and is still assessing what, if anything, it finds objectionable .

2. The parties are negotiating to try to reach a compromise on the issues that form the basis of Defendant's contemplated motion to strike.

3. Both parties consent to this enlargement.

4. Granting this motion will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

For these reasons, Defendant requests that the Court grant its Motion for Enlargement of Time Within Which to file an opposition motion and a motion to strike. A proposed Order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney


_____/s_____
BRIAN C. BALDRATE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|                          |   |                                  |
|--------------------------|---|----------------------------------|
| **MALCOLM G. SCHAEFER**  | ) |                                  |
|                          | ) |                                  |
| **Plaintiff,**           | ) |                                  |
|                          | ) |                                  |
| v.                       | ) | Civil Action No. 07-1550 (RJL)   |
|                          | ) |                                  |
| **THE HONORABLE PETE GEREN** | ) |                              |
|                          | ) |                                  |
| **Defendant.**           | ) |                                  |

### ORDER

Upon consideration of Defendant's consent motion for a seven day enlargement of time, to and including April 7, 2008, to file an opposition motion and a motion to strike, and the entire record of this case, it is hereby

**ORDERED** that the motion for an enlargement of time within which to file an opposition motion and a motion to strike is **GRANTED**,

Dated this _____ day of _____, 2008.

_____
Richard J. Leon
United States District Judge

Copies to:
Counsel for Parties via ECF