UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALCOLM G. SCHAEFER** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1550 (RJL) |
| ) | |
| **PETE GEREN,** ) | |
| **Secretary of the Army,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

# PLEASE SEE DOCKET # 30 FOR DUPLICATE IMAGE