IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-01550 (RJL) |
| ) | |
| THE HONORABLE PETE GEREN, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF
TIME WITHIN WHICH TO FILE PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MEMORANDA
IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY
JUDGMENT, OPPOSITION MOTION, AND PLAINTIFF'S
STATEMENT OF MATERIAL FACTS AND ISSUES, AND
REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTIONS TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Plaintiff, by counsel, hereby moves for an enlargement of time to file Plaintiff's Opposition to Defendant's Motion to Strike Plaintiff's Memorandum in Support of Plaintiff's Cross-motion for Summary Judgment, Opposition Motion, and Plaintiff's Statement of Material Facts and Issues, and Reply to Defendant's Opposition to Plaintiff's Motions to Supplement the Administrative Record.

Plaintiff is on a religious retreat from April 7 to April 21, 2008 and is incommunicado. Time is required to respond and to review the response with Plaintiff.

Plaintiff's counsel has communicated with Defendant's counsel, and Defendant's counsel has agreed to this enlargement.

Dated: April 10, 2008

Respectfully submitted,

\_\_\_/original signed/\_\_\_
Gary R. Myers
D.C. Bar 157115
78 Clark Mill Road
Weare, NH 03281
800-355-1095
Fax: 603-529-3009
Attorney for Plaintiff