IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALCOLM G. SCHAEFER** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1550 (RJL) |
| ) | |
| **THE HONORABLE PETE GEREN** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO STRIKE**

Defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a twenty-eight (28) day enlargement of time through and including June 3, 2008, within which to reply to Plaintiff's Opposition to Defendant's Motion to Strike. Good Cause exists to grant this Motion:

1. Defense counsel has a trial before Judge Sullivan from May 7, 2008, through May 16, 2008.

2. Defense counsel will also be traveling out of the state from May 23, 2008 through May 28, 2008.

2. Defendants' reply to Plaintiff's Opposition to Defendant's Motion to Strike is presently due May 6, 2008.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. Plaintiffs consent to this enlargement.

For these reasons, Defendants requests that the Court grant their Consent Motion for an

Enlargement of Time Within Which to Reply to Plaintiff's Opposition to Defendant's Motion to Strike. A proposed Order is included with this motion.

                Respectfully submitted,

                _____/s_____
                JEFFREY A. TAYLOR, D.C. Bar # 498610
                United States Attorney

                _____/s_____
                RUDOLPH CONTRERAS D.C. Bar #  434122
                Assistant United States Attorney

                _____/s_____
                BRIAN C. BALDRATE
                Special Assistant U.S.  Attorney
                555 Fourth Street, N.W.,
                Washington, D.C.  20530
                (202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALCOLM G. SCHAEFER** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1550 (RJL) |
| ) | |
| **THE HONORABLE PETE GEREN** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Upon consideration of the Defendant's Consent Motion for an Enlargement of Time Within Which to Reply to Plaintiff's Opposition to Defendant's Motion to Strike, and the entire record of this case, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**, and it is further

**ORDERED** that Defendant's reply to Plaintiff's Opposition to Defendant's Motion to Strike by **June 3, 2008**.

Dated this ____ day of _____ , 2008.

_____
RICHARD J. LEON
United States District Judge

Copies to:

Counsel via ECF.