IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALCOLM G. SCHAEFER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Civil Action No. 1:07-cv-01550 (RJL) |
| ) | |
| **THE HONORABLE PETE GEREN,** ) | |
| ) | |
| **Defendant.** ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN
ENLARGEMENT OF TIME TO COMPLY WITH THE COURT'S
ORDER OF JUNE 12, 2008.**

Plaintiff, by counsel, hereby moves for an enlargement of time to comply with the Court's Order of June 12, 2008.

Plaintiff's counsel is in Korea representing an Air Force Service member at Osan Air Base in an Article 32 court-martial proceeding from June 13, 2008 through June 19, 2008.

Defendant's counsel, Special AUSA Brian Baldrate is leaving the U.S. Attorney's Office on or about June 18, 2008, and is being replaced by Special AUSA Lanny J. Acosta who will require time to familiarize himself with this complex case.

Counsel have conferred and have mutually agreed to the content of this motion.

It is respectfully requested that the following revised schedule be ordered.

Plaintiff shall re-file the first supplement to the administrative record with redacted duplication and shall re-file his opposition to Defendant's motion for summary judgment, cross-motion for summary judgment and statement of material facts on or before June 27, 2008, with the limitations ordered by the Court.

1

Defendant shall file its opposition to Plaintiff's cross-motion for summary judgment and reply in support of its motion for summary judgment on or before July 15, 2008.

Plaintiff shall file his reply in support of his motion for summary judgment on or before July 21, 2008.

A motions hearing on the cross-motions for summary judgment be set for the week of July 28, 2008.

Dated:  June 13, 2008

Respectfully submitted,

/original signed/
Gary R. Myers
D.C. Bar 157115
78 Clark Mill Road
Weare, NH  03281
800-355-1095
Fax: 603-529-3009
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil Action No. 1:07-cv-01550 (RJL) |
| | ) |
| THE HONORABLE PETE GEREN, | ) |
| | ) |
|     Defendant. | ) |

### ORDER

UPON CONSIDERATION of Plaintiff's consent motion for an enlargement of time to comply with the Court's order of June 13, 2008,

IT IS HEREBY ORDERED that the Plaintiff shall re-file the first supplement to the administrative record with redacted duplication and shall re-file his opposition to Defendant's motion for summary judgment, cross-motion for summary judgment and statement of material facts on or before June 27, 2008, with the limitations ordered by the Court.

Defendant shall file its opposition to Plaintiff's cross-motion for summary judgment and reply in support of it motion for summary judgment on or before July 15, 2008.

Plaintiff shall file his reply in support of his motion for summary judgment on or before July 21, 2008.

IT IS FURTHER ORDERED that a motions hearing on the cross-motions for summary judgment is set for the ____ day of _____, 2008 at _____ in court room _____.

_____

Dated: June 13, 2008　　　　　　　　　　　　　　　　　Richard J. Leon
　　　　　　　　　　　　　　　　　　　　　　　　　　　District Court Judge

1