IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-01550 (RJL) |
| ) | |
| THE HONORABLE PETE GEREN, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR CLARIFICATION
## OF THE COURT'S ORDER OF JUNE 12, 2008.

On June 12, 2008, the Court granted Defendant's motion to strike and ordered Plaintiff to refile his cross-motion for summary judgment, opposition to Defendant's motion for summary judgment and statement of material facts, taking into account the redacting of Plaintiff's supplemental administrative record associated with Plaintiff's granted first motion to supplement and the denial of Plaintiff's second and third motions to supplement.

Plaintiff moves for clarification regarding the total page length of these refilings. That is, is the current page length acceptable or does the granting of the motion to strike require a page limitation to a total of 45 pages for the refiling of the cross-motion, opposition and statement of material facts as argued by Defendant?

Dated: June 13, 2008

Respectfully submitted,

/original signed/
Gary R. Myers
D.C. Bar 157115
78 Clark Mill Road
Weare, NH  03281
800-355-1095
Fax: 603-529-3009
Counsel for Plaintiff

1