UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALCOLM G. SCHAEFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:07-cv-01550 (RJL) |
| v. ) | |
| ) | |
| THE HONORABLE PETE GEREN, ) | |
| SECRETARY OF THE ARMY, ) | **EXHIBITS FILED UNDER SEAL** |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S NOTICE OF FILING DOCUMENTS UNDER SEAL**

This responds to Minute Order dated 12 June 2008, granting Plaintiff's First Motion to Supplement the Administrative Record, denying Plaintiff's Second and Third Motions to Supplement the Administrative Record, and ordering Plaintiff to eliminate duplicate material from the First Supplement.

The following documents have been filed with the Clerk of Court this date:

(1) Administrative Record Part 5 (A.R. 2056 - 2869) (Corrected)

(2) Administrative Record Part 6 (A.R. 2816 - 2870) (Corrected)

(3) CD-ROM containing Administrative Record, Complete -- Supplemented, Redacted and Corrected per Court's Minute Order dated 12 June 2008

The following portions of the Administrative Record did not require changes and are not being re-filed at this time: Parts 1 & 2 (AR 0001-1034) (as filed by Defendant), and Parts 3 & 4 (AR 1035-2055) (as filed by Plaintiff). Parts 3 & 4 as first filed by Plaintiff on 3/17/2008 remain intact as Parts 3 & 4 of the *Administrative Record, Complete -- Supplemented, Redacted and Corrected per Court's Minute Order dated 12 June 2008*. The CD-ROM compiles the entire

2

Administrative Record, as filed by Defendant and Plaintiff, and as corrected through today's date, on a single disc.

Pursuant to LCvR 5.1(j) and pending protective order, these exhibits are filed in electronic form on CD-ROM rather than electronically via ECF. Pursuant to LCvR 5.4(e)(1) and this Court's Civil Filing Procedures (April 9, 2006), § II.H, these exhibits are also (a) filed under seal in paper form, and (b) served on opposing counsel in electronic form.

                        Respectfully submitted,

                        ___/original signed/_____
                        Gary R. Myers (157115)
                        78 Clark Mill Road
                        Weare, New Hampshire 03281
                        1-800-355-1095
                        FAX (603) 529-3009
                        Attorney for Plaintiff