IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MALCOLM G. SCHAEFER** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1550 (RJL) |
| | ) | |
| **THE HONORABLE PETE GEREN** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO OPPOSE PLAINTIFF'S CROSS MOTION FOR
SUMMARY JUDGMENT AND TO REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO FOR SUMMARY JUDGMENT**

Defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a seven (7) day enlargement of time through and including July 22, 2008, within which to oppose Plaintiff's Cross Motion for Summary Judgment and to reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Additionally, the Defendant consents to extending the due date for Plaintiff's reply up to and including July 28, 2008. Good Cause exists to grant this Motion:

1. Through no fault of counsel for Plaintiff, Defense counsel did not receive a legible copy of the Administrative Record from Plaintiff until July 7, 2008, ten days after Plaintiff filed his Cross Motion and Opposition. Counsel for both parties cooperated in trying to locate the package, mailed on June 25, 2008. Upon arrival on July 3, 2008, the disk containing Plaintiff's supplement was damaged and unreadable. A second copy was received by Defense counsel on July 7, 2008.

2. The parties wish to maintain the currently scheduled date for oral argument of July 30,

2008 as the schedules for both parties counsel preclude scheduling oral argument prior to the single date of August 26, 2008 or otherwise until after September 28, 2008.

    3. Defendant's opposition to Plaintiff's Cross Motion for Summary Judgment and reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is presently due July 15, 2008.

    4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

    5. Plaintiff consents to this enlargement.

For these reasons, Defendants requests that the Court grant their Consent Motion for an Enlargement of Time Within Which to Oppose Plaintiff's Cross Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. A proposed Order is included with this motion.

                                                             Respectfully submitted,

                                                      _____/s_____
                                                      JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                      United States Attorney


                                                      _____/s_____
                                                      RUDOLPH CONTRERAS D.C. Bar # 434122
                                                      Assistant United States Attorney


                                                      _____/s_____
                                                      LANNY J. ACOSTA, JR.
                                                      Special Assistant U.S. Attorney
                                                      555 Fourth Street, N.W.,
                                                      Washington, D.C. 20530
                                                      (202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALCOLM G. SCHAEFER**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No. 07-1550 (RJL)** |
| ) | |
| **THE HONORABLE PETE GEREN**, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Defendant's Consent Motion for an Enlargement of Time Within Which to Oppose Plaintiff's Cross Motion for Summary Judgment and to Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and the entire record of this case, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**, it is further

**ORDERED** that Defendant's oppose Plaintiff's Cross Motion for Summary Judgment and to reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is due by **July 22, 2008**, and it is further

**ORDERED** that Plaintiff's Reply is due by **July 28, 2008**

Dated this ____ day of _____ , 2008.

_____
RICHARD J. LEON
United States District Judge

Copies to:
Counsel via ECF.