**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MALCOLM G. SCHAEFER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 1:07CV01550 (RJL)** |
| | ) |
| **THE HONORABLE PETE GEREN,** | ) |
| **Secretary of the Army,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN
GENUINE DISPUTE AND DEFENDANT'S OPPOSITION TO
PLAINTIFF'S COUNTER-STATEMENT OF FACTS**

# PLEASE SEE DOCKET NO. 44 FOR DUPLICATE IMAGE.

.

Respectfully submitted,


_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s_____
LANNY J. ACOSTA, Jr.
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895