UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MALCOLM G. SCHAEFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:07-cv-01550 (RJL) |
| v. | ) | |
| | ) | |
| THE HONORABLE PETE GEREN, | ) | |
| SECRETARY OF THE ARMY, | ) | **EXHIBITS FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF FILING DOCUMENTS UNDER SEAL**

These 17 pages were a part of 325 pages originally excluded by the Court when it denied Plaintiff's Second and Third Motions to Supplement the Administrative. These 17 pages are being re-filed separately as part of Plaintiff's Motion to Reconsider Based Upon New Facts.

The following documents have been filed with the Clerk of Court this date:

(1) AR 2890-2903: finance and leave documents
(2) AR 2904: attempted return of erroneous Army salary
(3) AR 2867-68: letter (with enclosure) to Commander
(4) CD-ROM containing (1), (2), and (3)

Pursuant to LCvR 5.1(j) and pending protective order, these exhibits are filed in electronic form on CD-ROM rather than electronically via ECF. Pursuant to LCvR 5.4(e)(1) and this Court's Civil Filing Procedures (April 9, 2006), § II.H, these exhibits are also (a) filed under seal in paper form, and (b) served on opposing counsel in electronic form.

Respectfully submitted,

\_\_/s/ Gary R. Myers\_\_\_\_
Gary R. Myers (157115)
78 Clark Mill Road
Weare, New Hampshire 03281
1-800-355-1095
FAX (603) 529-3009
Attorney for Plaintiff