IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MALCOLM G. SCHAEFER** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-1550 (RJL) |
| **THE HONORABLE PETE GEREN** | ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S CONSENT MOTION FOR A CONTINUANCE OF MOTION HEARING

Defendant, pursuant to Rule 6(c) of the Federal Rules of Civil Procedure, moves the Court for a continuance of the motion hearing, previously scheduled for July 30, 2008, and now scheduled for August 19, 2008.  Plaintiff consents to rescheduling of the hearing to August 26, 2008, but is otherwise unavailable until after October 8, 2008.  Good Cause exists to grant this Motion:

   1. Counsel for Defendant has a long scheduled family vacation scheduled from August 16 through August 24, 2008.  Counsel is scheduled to be in Florida with his children and parents during this time.

   2.  Counsel for Plaintiff has indicated that he is available on August 26, 2008, but is otherwise unavailable until after October 8, 2008, at which time both parties are available.

   3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

   4.  Plaintiff consents to this continuance.

   For these reasons, Defendant requests that the Court grant its Motion for Continuance of

Motion Hearing.  A proposed Order is included with this motion.

                                       Respectfully submitted,


_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney

_____/s_____
LANNY J. ACOSTA, JR.
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MALCOLM G. SCHAEFER** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | ) Civil Action No. 07-1550 (RJL) |
|  | ) |
| **THE HONORABLE PETE GEREN** | ) |
|  | ) |
| **Defendant.** | ) |

**ORDER**

Upon consideration of the Defendant's Consent Motion for a Continuance of Motion Hearing, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**, it is further

**ORDERED** that the Motion Hearing will be held on the ____ day of ____, 2008.

Dated this ____ day of _____ , 2008.

_____
RICHARD J. LEON
United States District Judge

Copies to:
Counsel via ECF.