UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALCOLM G. SCHAEFER, )
)
      Plaintiff, )
)
    v. ) Case No: 07-1550 (RJL)
)
PETE GEREN, )
  Secretary of the Army, )
)
      Defendant. )
)

**ENTRY OF APPEARANCE**

The Clerk of Court will please enter the appearance of Special Assistant United States Attorney Joshua M. Toman as co-counsel for the defendant in the above-captioned civil action.[1]

Respectfully submitted,

/s/
JOSHUA M. TOMAN
Florida Bar No. 506214
Special Assistant United States Attorney
United States Attorney's Office
Civil Division, Room E-4408
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-9895

---

[1] Assistant United States Attorney Daniel F. Van Horn has submitted this Notice of Appearance for filing through the Court's Electronic Case Filing System because Special Assistant United States Attorney Toman has does not currently have a CM/ECF password, and so cannot currently file documents by electronic means.